# Exhibit 2

PageVault

| | |
|---|---|
| Document title: | De Novo Classification Request \| FDA |
| Capture URL: | https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/de-novo-classification-request#What_is_a_De_Novo_Classification_Request_ |
| Page loaded at (UTC): | Wed, 08 Apr 2026 19:07:49 GMT |
| Capture timestamp (UTC): | Wed, 08 Apr 2026 19:08:44 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 11 |
| Capture ID: | wu2df19GRkDxN7uFjC8Cwv |
| Display Name: | nhey |

# De Novo Classification Request

**Premarket Submissions: Selecting and Preparing the Correct Submission**

De Novo Classification Request

**Premarket Notification 510(k)**

**510(k) Third Party Review Program**

**Premarket Approval (PMA)**

**Humanitarian Device Exemption**

**Investigational Device Exemption (IDE)**

**Division of Standards and Conformity Assessment**

**Biocompatibility Assessment Resource Center**

**Send Medical Device eSTAR and eCopy Premarket Submissions Online**

Starting **October 1, 2025**, all submissions for De Novo requests, unless exempted (as described in Section VI.A of the final guidance, Electronic Submission Template for Medical Device De Novo Requests), must be submitted as electronic submissions using eSTAR.


- What Is a De Novo Classification Request?
- When and How to Prepare a De Novo Request
- How to Submit a De Novo Request
- What are the De Novo Request MDUFA User Fees?
- What is FDA's Review Process and Timeline for Requests?
- What are the FDA Decisions on a De Novo Request?


## What is a De Novo Classification Request?

The De Novo request provides a marketing pathway to classify novel medical devices for which general controls alone, or general and special controls, provide reasonable assurance of safety and effectiveness for the intended use, but for which there is no legally marketed predicate device. De Novo classification is a risk-based classification process.

Devices that are classified into class I or class II through a De Novo classification request (De Novo request) may be marketed and used as predicates for future premarket notification [510(k)] submissions, when applicable.

The FDA issued a final rule to establish new regulations implementing the medical device De Novo classification process under the FD&C Act (section 513(f)(2) (21 U.S.C. 360c(f)(2)), which provides a pathway for certain new types of devices to obtain marketing authorization as class I or class II devices. The final rule provides criteria for De Novo classification requests, including requirements related to the format and content of De Novo requests, as well as processes and criteria for accepting, granting, declining, and withdrawing De Novo requests.

## When and How to Prepare a De Novo Request

There are two options to submit a De Novo request for the FDA to make a risk-based evaluation for classification of the device into class I or II.

- Option 1: After receiving a high-level not substantially equivalent (NSE)

Content current as of:
09/30/2025

Regulated Product(s)
Medical Devices
Radiation-Emitting Products

Feedback

## When and How to Prepare a De Novo Request

There are two options to submit a De Novo request for the FDA to make a risk-based evaluation for classification of the device into class I or II.

- Option 1: After receiving a high-level not substantially equivalent (NSE) determination (that is, no predicate, new intended use, or different technological characteristics that raise different questions of safety and effectiveness) in response to a 510(k) submission.
- Option 2: Upon the requester's determination that there is no legally marketed device upon which to base a determination of substantial equivalence (therefore without first submitting a 510(k) and receiving a high-level NSE determination).

Prior to submitting a De Novo request to the FDA, we recommend sponsors consider submitting a Pre-Submission to obtain feedback from the appropriate premarket review division.

For further information, please reference the guidance documents: De Novo Classification Process (Evaluation of Automatic Class III Designation) and Requests for Feedback and Meetings for Medical Device Submissions: The Q-Submission Program.

## Content of the De Novo Request (21 CFR 860.220)

A De Novo request should include all the content elements necessary for acceptance of the De Novo request, as defined in 21 CFR 860.220 and requested within FDA's electronic Submission Template and Resource (eSTAR). A completed eSTAR submission will include the required content elements, including:

- A coversheet clearly identifying the request as a "Request for Evaluation of Automatic Class III Designation" under 513(f)(2) De Novo request.
- Administrative Information, such as the device's intended use, prescription use or over-the-counter use designated, etc.
- Device Description, which includes but is not limited to technology, proposed conditions of use, accessories, and components.
- Classification Information and Supporting Data:
    - The classification being recommended under section 513 of the Federal Food, Drug, and Cosmetic Act (FD&C Act);
    - A complete discussion of why general controls or general and special controls provide reasonable assurance of the safety and effectiveness of the device, and what special controls, if proposing a class II designation, would allow the Agency to conclude there is reasonable assurance the device is safe and effective for its intended use;
    - Clinical data (if applicable) that are relevant to support reasonable assurance of the safety and effectiveness of the device. For information on acceptance of clinical data, refer to the FDA's guidance document entitled "Acceptance of Clinical Data to Support Medical Device Applications and Submissions: Frequently Asked Questions.";
    - Non-clinical data including bench performance testing. For information regarding the content and format of bench testing information, please

Feedback

Top

assurance of the safety and effectiveness of the device. For information on acceptance of clinical data refer to the FDA's guidance document entitled "Acceptance of Clinical Data to Support Medical Device Applications and Submissions: Frequently Asked Questions.";

- Non-clinical data including bench performance testing. For information regarding the content and format of bench testing information, please see the FDA's guidance document, "Recommended Content and Format of Non-Clinical Bench Performance Testing Information in Premarket Submissions.";
- Information on the reprocessing and sterilization, shelf life, biocompatibility, software, electrical safety and electromagnetic compatibility, animal study, literature (if applicable); and
- A description of the probable benefits of the device when compared to the probable or anticipated risks when the device is used as intended. For information on assessing the benefits and risks of the device, refer to the FDA's guidance entitled "Factors to Consider When Making Benefit-Risk Determinations in Medical Device Premarket Approval and De Novo Classifications."

The acceptance review required under 21 CFR 860.230 has been largely automated within eSTAR as an electronic submission properly prepared with an electronic submission template should represent a complete submission. eSTAR submissions are not anticipated to undergo a refuse to accept (RTA) process. However, FDA intends to employ a virus scanning and technical screening process for an eSTAR as part of the acceptance review process. A completed eSTAR submission and the use of the technical screening process incorporates the acceptance review criteria described in 21 CFR 860.230(c)(1)(i) through (v).

Feedback

For further information on the De Novo request content, please reference the guidance documents "De Novo Classification Process (Evaluation of Automatic Class III Designation)" and "Acceptance Review for De Novo Classification Requests." Additionally, refer to the final rule for more information on the content of the De Novo Request.

## How to Submit a De Novo Request

Starting **October 1, 2025**, all submissions for De Novo requests, unless exempted, must be submitted as electronic submissions using eSTAR, as noted in the final guidance: *Electronic Submission Template for Medical Device De Novo Requests*.

### Online

Send eSTAR or eCopy premarket submissions online through the CDRH Customer Collaboration Portal (CDRH Portal):

- Send and Track Medical Device Premarket Submissions Online: CDRH Portal

  Starting October 1, 2025, all De Novo requests unless exempted* must be submitted as electronic submissions using eSTAR.

  *As noted in the final guidance, *Electronic Submission Template for Medical Device De Novo Requests*, all De Novo requests and subsequent

Top

Starting October 1, 2025, all De Novo requests unless exempted* must be submitted as electronic submissions using eSTAR.

*As noted in the final guidance, *Electronic Submission Template for Medical Device De Novo Requests*, all De Novo requests and subsequent Supplements and Amendments and any other subsequent submissions to an original submission, unless exempted in Section VI.A Waivers and Exemptions From Electronic Submission Requirements of the guidance, are required to be submitted as electronic submissions. The electronic submission template, eSTAR, is the only currently available electronic submission template to facilitate the preparation of De Novo request electronic submissions.

## By Mail

Note: The FDA only intends to accept De Novo requests saved to a form of electronic storage media and mailed to the FDA if they are received by the FDA **before October 1, 2025**. For more information, see the guidance document, Electronic Submission Template for Medical Device De Novo Requests.

Once the FDA receives a De Novo request, we do **not** return the submission or any copies to you. You should retain a copy of your De Novo request for your records.

Mail your submission to the current mailing address for CDRH's Document Control Center (DCC) and a link to CBER's DCC's mailing address are provided on the eCopy Program for Medical Device Submissions webpage.

We recommend that you send your De Novo request to the FDA by a method that will provide a signed receipt of delivery, such as registered mail with a return receipt or a commercial delivery service.

## Acknowledgment of Receipt

If the proper user fee has been paid AND a valid eSTAR or eCopy has been provided, the FDA will email an Acknowledgment Letter to the contact person identified in the submission. You should receive an acknowledgment of receipt from the FDA that includes the assigned De Novo number. The De Novo number begins with "DEN" followed by six digits or "BR" followed by six digits. The first two digits represent the calendar year in which the request was received, and the last four digits represent the sequential request number for that year. For example, the first De Novo request received in the calendar year 2025 would be DEN250001 or BR250001.De Novo requests can be submitted in an electronic format (eCopy) to the appropriate Document Control Center (DCC). The current mailing address for CDRH's Document Control Center and a link to the Center for Biologics Evaluation and Research's (CBER) Document Control Center's mailing address are provided on the eCopy Program for Medical Device Submissions webpage.

The appropriate Center will provide an acknowledgment letter, including the De Novo number, usually within 7 days of receipt of the De Novo request.

Please note: Once a De Novo request is received by the FDA, we do NOT return the submission or any copies to the requester.

Feedback

Top

The appropriate Center will provide an acknowledgment letter, including the De Novo number, usually within 7 days of receipt of the De Novo request.

Please note: Once a De Novo request is received by the FDA, we do NOT return the submission or any copies to the requester.

For assistance with De Novo requests submitted to the Center for Biologics Evaluation and Research (CBER), please contact 1-800-835-4709 or Industry.Biologics@fda.hhs.gov.

## What are the De Novo Request MDUFA User Fees?

De Novo requests are subject to user fees. For the current user fee amounts, please see MDUFA User Fees.

Additional information about medical device user fees and the small business determination program can be found on the Medical Device User Fees and Reduced Medical Device User Fees: Small Business Determination (SBD) Program webpages.

## What is FDA's Review Process and Timeline for Requests?

### Acceptance Review (21 CFR 860.230)

Upon receipt of a De Novo request, the FDA will conduct an acceptance review. The acceptance review is an administrative review to assess the completeness of the application and whether it meets the minimum threshold of acceptability. If any of the acceptance elements are not included, there should be a justification for the omission.

The acceptance review required under 21 CFR 860.230 has been largely automated within eSTAR because an electronic submission properly prepared with an electronic submission template should represent a complete submission. eSTAR submissions are not anticipated to undergo a reuse to accept (RTA) process. However, FDA intends to employ a virus scanning and technical screening process for an eSTAR as part of the acceptance review process. A completed eSTAR submission and the use of the technical screening process incorporates the acceptance review criteria described in 21 CFR 860.230(c)(1)(i) through (v).

The technical screening process should occur within 15 calendar days of FDA receiving the De Novo eSTAR. FDA will only begin the technical screening for De Novo electronic submissions where the appropriate user fee has been paid. If the eSTAR is not complete when submitted, FDA will notify the submitter via email and identify the incomplete information, and the De Novo will be placed on hold. If a replacement eSTAR is not received within 180 days of the date of technical screening deficiency notification, FDA will consider the De Novo to be withdrawn and the submission will be closed in the system. The technical screening review time does not impact the review clock for files that pass the technical screening. For a submission that passes technical screening, the review clock starts on the day the submission was received by FDA. Once the eSTAR passes technical screening and the De Novo submission is accepted, FDA will notify the requester electronically. If FDA does not complete the technical screening within the acceptance review period (i.e., within 15 calendar days of receipt), FDA will accept the De Novo request for review and will notify the requester.

review clock starts on the day the submission was received by FDA. Once the eSTAR passes technical screening and the De Novo submission is accepted, FDA will notify the requester electronically. If FDA does not complete the technical screening within the acceptance review period (i.e., within 15 calendar days of receipt), FDA will accept the De Novo request for review and will notify the requester.

### Substantive Review

As part of substantive reviews, the FDA conducts a classification review of legally marketed device types and analyzes whether an existing legally marketed device of the same type exists. This information is used to confirm the device is eligible for De Novo classification.

During the substantive review of a De Novo request, the FDA may identify deficiencies that can be adequately addressed through interactive review and not require a formal request for additional information (Additional Information letter).

If the issues and deficiencies cannot be addressed through interactive review, an Additional Information letter will be sent to the requester. If an Additional Information letter is sent, then the De Novo request will be placed on hold. The requester has 180 calendar days from the date of the Additional Information letter to submit a complete response to each item in the Additional Information letter.

**Note: The response must be received by the FDA within 180 calendar days of the date of the Additional Information letter. No extensions beyond 180 days will be granted.** If the FDA does not receive a complete response to all deficiencies in the Additional Information letter within 180 days of the date of the Additional Information letter, the request will be considered withdrawn and deleted from the FDA's review system. If the De Novo request is deleted, the De Novo requester will need to submit a new request to pursue the FDA's marketing authorization for that device.

The requester must submit their response to an Additional Information letter to the appropriate Center. The response should:

- include the requester's name;
- identify the De Novo number;
- identify the submission as a response to the Additional Information letter;
- identify the date of the FDA's request for additional information; and
- provide the requested information in an organized manner.

The final step is the De Novo request decision. Under MDUFA IV, the FDA's goal is to make a decision about a De Novo request in 150 review days. Review days are calculated as the number of calendar days between the date the De Novo request was received by the FDA and the date of the FDA's decision, excluding the days a request was on hold for an Additional Information request.

For further information on the review process, please reference the following guidance documents:

- De Novo Classification Process (Evaluation of Automatic Class III Designation) - Guidance for Industry and Food and Drug Administration

Feedback

Top

excluding the days a request was on hold for an Additional Information request.

For further information on the review process, please reference the following guidance documents:

- De Novo Classification Process (Evaluation of Automatic Class III Designation) - Guidance for Industry and Food and Drug Administration Staff
- FDA and Industry Actions on De Novo Classification Requests: Effect on FDA Review Clock and Goals – Guidance for Industry and Food and Drug Administration Staff
- Acceptance Review for De Novo Classification Requests - Guidance for Industry and Food and Drug Administration Staff
- Medical De Novo Classification Final Rule
- CDRH Learn De Novo Final Rule: Overview and Guidance Update
- Guidance for Industry and Food and Drug Administration Staff - Factors to Consider When Making Benefit-Risk Determinations in Medical Device Premarket Approval and De Novo Classifications
- Consideration of Uncertainty in Making Benefit-Risk Determinations in Medical Device Premarket Approvals, De Novo Classifications, and Humanitarian Device Exemptions

## What are the FDA Final Actions on a De Novo Request?

After review of the De Novo request, the FDA will make a final decision, either to grant or decline. FDA will also consider the De Novo request to be withdrawn in certain situations (see below).

### Grant (21 CFR 860.260)

If the data and information provided to the FDA demonstrate that general controls or general and special controls are adequate to provide reasonable assurance of safety and effectiveness, and the probable benefits of the device outweigh the probable risks, then the FDA intends to grant the De Novo request and establish a new classification regulation for the new device type.

If the FDA grants a De Novo request:

- The new device is authorized to be marketed and must be in compliance with applicable regulatory controls;
- A new classification regulation for the device type is established;
- The new device may now serve as a predicate device for 510(k) submissions of future devices of the same type, when applicable;
- The FDA publishes in the Federal Register a notice that announces the new classification regulation and, for class II devices, the new special controls;
- The FDA posts on its website a copy of the granting order notifying the requester we have granted marketing authorization; and
- The FDA voluntarily generates and publicly discloses a decision summary.

The FDA has voluntarily published decision summary documents for devices classified through the De Novo process, beginning in 2010. The De Novo decision summary is intended to present an objective and balanced summary of the scientific evidence that served as the basis for the FDA's decision to

Feedback

Top

- The FDA voluntarily generates and publicly discloses a decision summary.

The FDA has voluntarily published decision summary documents for devices classified through the De Novo process, beginning in 2010. The De Novo decision summary is intended to present an objective and balanced summary of the scientific evidence that served as the basis for the FDA's decision to grant a De Novo request. The De Novo decision summary also serves as a resource regarding the types of information necessary to support substantial equivalence for device manufacturers that may wish to use the device as a predicate.

This information is publicly available in the De Novo Classification Requests database and also published on the CDRH Transparency website Evaluation of Automatic Class III Designation (De Novo) Summaries or on CBER Approved Products website Evaluation of Automatic Class III Designation (De Novo) Summaries (CBER).

## Decline (21 CFR 860.260)

Generally, the FDA will decline a De Novo request if:

- General controls or general and special controls are insufficient to provide reasonable assurance of safety and effectiveness of the device; or
- The data provided in the De Novo request are insufficient to determine whether general controls or general and special controls can provide a reasonable assurance of safety and effectiveness of the device; or
- The probable benefits of the device do not outweigh the probable risks.

If the De Novo request is declined, the device remains in class III and the requester may not legally market the device. The FDA will issue a written order to the requester identifying the reasons, which can include lack of performance data that warrant declining the De Novo request. The requester generally should either submit an application for premarket approval under section 515 of the FD&C Act or collect additional information to address the issues and submit a new De Novo request that includes the additional information. Additionally, refer to the final rule and the FDA's guidance document "FDA and Industry Actions on De Novo Classification Requests: Effect on FDA Review Clock and Goals - Guidance for Industry and Food and Drug Administration Staff" for more information on the FDA's decisions on the De Novo Request.

## Withdrawal of a De Novo request (21 CFR 860.250)

The FDA will consider a De Novo classification request to be withdrawn if:

- the requester submits a written notice to the FDA that the requester is withdrawing the De Novo request;
- the requester fails to provide a complete response to a request for additional information (21 CFR 860.240), or deficiencies identified by the FDA (21 CFR 860.230) are not addressed within 180 days after the date the FDA issues such request; or
- the requester does not permit an authorized FDA employee an opportunity to inspect the facilities (21 CFR 860.240), at a reasonable time and in a reasonable manner, and to have access to copy and verify all records pertinent to the De Novo request.

Feedback

Top

the FDA issues such request; or

- the requester does not permit an authorized FDA employee an opportunity to inspect the facilities (21 CFR 860.240), at a reasonable time and in a reasonable manner, and to have access to copy and verify all records pertinent to the De Novo request.

If the FDA considers a De Novo request to be withdrawn, the FDA notifies the requester with reference to the De Novo request number and the date the FDA considered the De Novo request withdrawn. These orders are not publicly posted on FDA's website.

## Resources

- Send and Track Medical Device Premarket Submissions Online: CDRH Portal
- De Novo Classification Process (Evaluation of Automatic Class III Designation) - Guidance for Industry and Food and Drug Administration Staff
- User Fees and Refunds for De Novo Classification Requests - Guidance for Industry and Food and Drug Administration Staff
- FDA and Industry Actions on De Novo Classification Requests: Effect on FDA Review Clock and Goals - Guidance for Industry and Food and Drug Administration Staff
- Electronic Submission Template for Medica Device De Novo Requests
- Acceptance Review for De Novo Classification Requests - Guidance for Industry and Food and Drug Administration Staff
- Acceptance of Clinical Data to Support Medical Device Applications and Submissions Frequently Asked Questions
- Recommended Content and Format of Non-Clinical Bench Performance Testing Information in Premarket Submissions
- Factors to Consider When Making Benefit-Risk Determinations in Medical Device Premarket Approval and De Novo Classifications - Guidance for Industry and FDA Staff
- Consideration of Uncertainty in Making Benefit-Risk Determinations in Medical Device Premarket Approvals, De Novo Classifications, and Humanitarian Device Exemptions
- Evaluation of Automatic Class III Designation (De Novo) Summaries
- CDRH Learn Module - De Novo Program
- CDRH Learn De Novo Final Rule: Overview and Guidance Update
- De Novo Classification Requests Database

Feedback

Was this page helpful? *

Yes

No

Submit

Top

Staff

- User Fees and Refunds for De Novo Classification Requests - Guidance for Industry and Food and Drug Administration Staff
- FDA and Industry Actions on De Novo Classification Requests: Effect on FDA Review Clock and Goals - Guidance for Industry and Food and Drug Administration Staff
- Electronic Submission Template for Medica Device De Novo Requests
- Acceptance Review for De Novo Classification Requests - Guidance for Industry and Food and Drug Administration Staff
- Acceptance of Clinical Data to Support Medical Device Applications and Submissions Frequently Asked Questions
- Recommended Content and Format of Non-Clinical Bench Performance Testing Information in Premarket Submissions
- Factors to Consider When Making Benefit-Risk Determinations in Medical Device Premarket Approval and De Novo Classifications - Guidance for Industry and FDA Staff
- Consideration of Uncertainty in Making Benefit-Risk Determinations in Medical Device Premarket Approvals, De Novo Classifications, and Humanitarian Device Exemptions
- Evaluation of Automatic Class III Designation (De Novo) Summaries
- CDRH Learn Module - De Novo Program
- CDRH Learn De Novo Final Rule: Overview and Guidance Update
- De Novo Classification Requests Database

Feedback

Was this page helpful? *

Yes

No

Submit

An official form of the United States government. Provided by Touchpoints



Document title: De Novo Classification Request | FDA
Capture URL: https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/de-novo-classification-…
Capture timestamp (UTC): Wed, 08 Apr 2026 19:08:44 GMT