# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| HEARTFLOW, INC.,<br><br>     *Plaintiff*,<br><br>v.<br><br>CLEERLY, INC.<br><br>     *Defendant*. | Civil Action No. 2:26-CV-292<br><br>**COMPLAINT AND DEMAND**<br>**FOR JURY TRIAL** |

### PLAINTIFF HEARTFLOW, INC'S NOTICE OF COMPLIANCE REGARDING P.R. 3-1, 3-2

Plaintiff Heartflow, Inc. provides notice to the Court of service of its Infringement Contentions in compliance with P.R. 3-1, 3-2. Service was made *via* electronic mail on July 6, 2026.

Dated: July 8, 2026

           Respectfully submitted,

           By: */s/ Geoff Culbertson*
           Geoffrey Culbertson
           Kelly Tidwell
           PATTON TIDWELL & CULBERTSON, LLP
           2800 Texas Blvd. (75503)
           Post Office Box 5398
           Texarkana, TX 75505-5398
           (P) (903) 792-7080
           (F) (903) 792-8233
           gpc@texarkanalaw.com
           kbt@texarkanalaw.com

           Jamie B. Beaber
           Saqib J. Siddiqui
           William J. Barrow
           James A. Fussell III

Michael L. Lindinger
Angeline L. Premraj
Tariq Javed
Clark S. Bakewell
Alison T. Gelsleichter
Séké Godo
So Ra Ko
MAYER BROWN LLP
1999 K Street, N.W.
Washington D.C. 20006
(202) 263-3000
jbeaber@mayerbrown.com
ssiddiqui@mayerbrown.com
jfussell@mayerbrown.com
mlindinger@mayerbrown.com
apremraj@mayerbrown.com
tjaved@mayerbrown.com
cbakewell@mayerbrown.com
agelsleichter@mayerbrown.com
Sgodo@mayerbrown.com
Sko@mayerbrown.com


Brian W. Nolan
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
bnolan@mayerbrown.com


Robert G. Pluta
Wade Weaver*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
wweaver@mayerbrown.com
*Pro Hac Vice Forthcoming

Counsel for Plaintiff Heartflow, Inc.

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on July 8, 2026.


By:  _/s/ Geoff Culbertson_
Geoff Culbertson