**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEARTFLOW, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CLEERLY, INC.,<br><br>        Defendants. | Civil Action No. 2:26-cv-00292-JRG-RSP<br><br>**JURY TRIAL DEMANDED**<br><br>**ORAL ARGUMENT REQUESTED** |

**ORDER GRANTING DEFENDANT CLEERLY INC.'S MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TRANSFER VENUE TO THE DISTRICT OF COLORADO**

Before the Court is Cleerly, Inc.'s Motion To Dismiss For Improper Venue, Or In The Alternative, Transfer Venue To The District of Colorado.  After considering the briefing and arguments, the Court hereby **GRANTS** the Motion.