**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEARTFLOW, INC., *Plaintiff,* v. CLEERLY, INC. *Defendant.* | Civil Action No. 2:26-CV-292 **COMPLAINT AND DEMAND FOR JURY TRIAL** |

**PLAINTIFF HEARTFLOW, INC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLEERLY INC.'S MOTION TO DISMISS (DKT. NO. 42)**

Plaintiff Heartflow, Inc. ("Plaintiff" or "Heartflow") herein moves the Court to extend the time within which Heartflow is required to respond to Cleerly, Inc.'s Motion to Dismiss for Improper Venue or, in the Alternative, Transfer Venue to the District of Colorado (Dkt. No. 42). Heartflow's's response is currently due on July 23, 2026. Heartflow seeks an extension, if necessary, up to and including July 30, 2026 to respond to the motion.

This motion is not made for purposes of delay and Cleerly, Inc. does not oppose the requested relief.

Dated: July 15, 2026

Respectfully submitted,

By: *<u>/s/ Geoff Culbertson</u>*
Geoffrey Culbertson
Kelly Tidwell
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jamie B. Beaber
Saqib J. Siddiqui
William J. Barrow
James A. Fussell III
Michael L. Lindinger
Angeline L. Premraj
Tariq Javed
Clark S. Bakewell
Alison T. Gelsleichter
Séké Godo
So Ra Ko
MAYER BROWN LLP
1999 K Street, N.W.
Washington D.C. 20006
(202) 263-3000
jbeaber@mayerbrown.com
ssiddiqui@mayerbrown.com
jfussell@mayerbrown.com
mlindinger@mayerbrown.com
apremraj@mayerbrown.com
tjaved@mayerbrown.com
cbakewell@mayerbrown.com
agelsleichter@mayerbrown.com
Sgodo@mayerbrown.com
Sko@mayerbrown.com

Brian W. Nolan
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
bnolan@mayerbrown.com

Robert G. Pluta
Wade Weaver*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
wweaver@mayerbrown.com
**Pro Hac Vice Forthcoming*

*Counsel for Plaintiff Heartflow, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on July 15, 2026.

By: *<u>/s/ Geoff Culbertson</u>*
Geoff Culbertson

**CERTIFICATE OF CONFERENCE**

Counsel for all the parties conferred by email July 13, 2026 and the relief requested herein is not opposed.

By: *<u>/s/ Geoff Culbertson</u>*
Geoff Culbertson