**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEARTFLOW, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>CLEERLY, INC.<br><br>*Defendant.* | Civil Action No. 2:26-CV-292<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

**ORDER**

Before the Court is Plaintiff Heartflow, Inc's Unopposed Motion for Extension of Time to Respond to Cleerly, Inc.'s ("Cleerly") Motion to Dismiss for Improper Venue or, in the Alternative, Transfer Venue to the District of Colorado (Dkt. No. 42).

Having considered the motion, the Court, is of the opinion that the motion should be, and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Heartflow, Inc. to respond to Cleerly, Inc's motion is **extended** to July 30, 2026.