**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEARTFLOW, INC., | § | |
| *Plaintiff,* | § § | |
| v. | § | Case No. 2:26-cv-00292-JRG-RSP |
| CLEERLY, INC., | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is Plaintiff's Motion for Extension to Respond to Defendant's Motion to Dismiss. **Dkt. No. 43**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that

Plaintiff's deadline to respond to Defendant's Motion to Dismiss (Dkt. No. 42) is extended to July 30, 2026;

Defendant's deadline to file a reply is extended to August 6, 2026; and

Plaintiff's deadline to file a sur-reply is extended to August 13, 2026.

**SIGNED this 16th day of July, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE